

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Saibu

**Plaintiff,**

**V.**

McEwen

**Defendant.**

| FILED |
| --- |
| 9/23/2013 |

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:              K. Betancourt  , Deputy

**Civil No.**  12-cv-1564-BEN-MDD

## STRICKEN DOCUMENT:

Order

## Per Minute Entry #19

**17**